UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 04029
    DAVID HENRY COLETTA
    VIRGINIA ANN COLETTA                  CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-8897    SSN XXX-XX-0791
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/11/06 .

   2.  The case was converted to Chapter 7 without confirmation, 07/13/2006.

   3.  The Debtor paid a total of $   1980.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | SECURED | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED | .00 | .00 | 750.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

    Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 750.00 | .00 | .00 | .00 | 750.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 750.00 | .00 | .00 | .00 | 750.00 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $      .00
and was paid $       .00 .

The Trustee received $      20.82 .

Refunds to the Debtor totaled $    1209.18 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/19/06                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 04029 DAVID HENRY COLETTA & VIRGINIA ANN COLETTA